IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARISSA PERONIS, Administratrix of the Estate of KENDALL PERONIS, deceased, and MATTHEW FRITZIUS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; PRIMARY HEALTH NETWORK – BEAVER FALLS PRIMARY CARE; VALLEY MEDICAL FACILITIES, INC. t/d/b/a HERITAGE VALLEY PEDIATRICS; VALLEY MEDICAL FACILITIES, INC. t/d/b/a HERITAGE VALLEY BEAVER; KEVIN C. DUMPE, M.D., and HILARY JONES, M.D. <br><br> Defendants. | : Civil Action No: <br> : <br> : <br> : *ELECTRONICALLY FILED* <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF VOLUNATARY DISMISSAL OF DEFENDNATS PRIMARY HEALTH NETWORK – BEAVER FALLS PRIMARY CARE and KEVIN C. DUMPE, M.D. ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs Carissa Peronis, Administratrix of the Estate of Kendall Peronis, Deceased, and Matthew Fritzius hereby give notice that Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D. are voluntarily dismissed as Defendants without prejudice.

1. On September 8, 2016, Plaintiffs filed the Complaint in this action, and named as Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D.

2. Defendants have not answered the Complaint or moved for summary judgement.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served an answer or motion for summary judgment, a plaintiff may

voluntarily dismiss a party or action, the case without a court order by filing the notice of dismissal.

4. Plaintiffs hereby give such notice of voluntary dismissal, and Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D. are voluntarily dismissed as Defendants without prejudice.

HARRY S. COHEN & ASSOCIATES

BY: __s/ Douglas L. Price_____
 Douglas L. Price, Esquire
 dprice@medmal1.com

 HARRY S. COHEN & ASSOCIATES, P.C.
 Two Chatham Center, Suite 985
 Pittsburgh, PA  15219
 (412) 281-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Plaintiffs' Notice of Voluntary Dismissal was served by email on October 7, 2016 upon the following:

**Paula Koczan, Esquire (pkoczan@wglaw.com)**
Weber Gallagher Simpson
Stapleton Fires & Newby LLP
2 Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA 15222
*(Counsel for Defendants Valley Medical Facilities, Inc. t/d/b/a Heritage Valley Beaver t/d/b/a Family Medicine Center, and Hillary Jones, M.D.)*

**Michael C. Colville, Esquire**
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
*(Counsel for United States of America)*


Respectfully submitted:

HARRY S. COHEN & ASSOCIATES, PC

By:     */s/ Douglas Price*_____

Douglas L. Price, Esquire
*Attorney for Plaintiff*