IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARISSA PERONIS, Administratrix of the Estate of KENDALL PERONIS, deceased, and MATTHEW FRITZIUS, | Civil Action No: *16-1389* |
| Plaintiffs, | ***ELECTRONICALLY FILED*** |
| v. | |
| UNITED STATES OF AMERICA; PRIMARY HEALTH NETWORK – BEAVER FALLS PRIMARY CARE; VALLEY MEDICAL FACILITIES, INC. t/d/b/a HERITAGE VALLEY PEDIATRICS; VALLEY MEDICAL FACILITIES, INC. t/d/b/a HERITAGE VALLEY BEAVER; KEVIN C. DUMPE, M.D., and HILARY JONES, M.D. | |
| Defendants. | |

## NOTICE OF VOLUNATARY DISMISSAL OF DEFENDNATS PRIMARY HEALTH NETWORK – BEAVER FALLS PRIMARY CARE and KEVIN C. DUMPE, M.D. ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs Carissa Peronis, Administratrix of the Estate of Kendall Peronis, Deceased, and Matthew Fritzius hereby give notice that Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D. are voluntarily dismissed as Defendants without prejudice.

1. On September 8, 2016, Plaintiffs filed the Complaint in this action, and named as Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D.

2. Defendants have not answered the Complaint or moved for summary judgement.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served an answer or motion for summary judgment, a plaintiff may

voluntarily dismiss a party or action, the case without a court order by filing the notice of dismissal.

4. Plaintiffs hereby give such notice of voluntary dismissal, and Defendants Primary Health Network – Beaver Falls Primary Care and Kevin C. Dumpe, M.D. are voluntarily dismissed as Defendants without prejudice.

HARRY S. COHEN & ASSOCIATES

BY: _s/ Douglas L. Price_
Douglas L. Price, Esquire
dprice@medmal1.com

HARRY S. COHEN & ASSOCIATES, P.C.
Two Chatham Center, Suite 985
Pittsburgh, PA  15219
(412) 281-3000

AND NOW, this 7th day of October, 2016
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE