# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARISSA PERONIS, individually and as )
administratrix of the estate of Kendall )
Peronis, and MATTHEW FRITZIUS, )
                                            )
                 Plaintiffs, )
                                            )
      v.                                            )
                                            )    16-cv-01389
UNITED STATES OF AMERICA, )
VALLEY MEDICAL FACILITIES, INC., )    Judge Nora Barry Fischer
t/d/b/a HERITAGE VALLEY )
PEDIATRICS, VALLEY MEDICAL )
FACILITIES, INC., t/d/b/a HERITAGE )
VALLEY BEAVER, and HILARY JONES, )
M.D., )
                                            )
                 Defendants. )

## **VERDICT SLIP**

      1.     Do you find that the conduct of any of the defendant doctors or other medical providers fell below the applicable standard of medical care? In other words, were any of the defendants negligent?

        Defendant United States of America          Yes ___      No _X_

        Defendant Heritage Valley Beaver Hospital     Yes ___      No _X_

        Defendant Dr. Hilary Jones[1]                      Yes ___      No _X_

      If you answer Question 1 "No" as to all defendants, the plaintiffs cannot recover and you should not answer any further questions and should sign the Verdict Form on Page 3 and summon the Bailiff.

---

[1] The parties, through counsel, have agreed that to the extent Dr. Hilary Jones is found liable, then her employer Heritage Valley Pediatrics is likewise liable.

2. Was the negligence of those defendants you have found to be negligent a factual cause of any harm to the plaintiffs?

| | | |
|---|---|---|
| Defendant United States of America | Yes ___ | No ___ |
| Defendant Heritage Valley Beaver Hospital | Yes ___ | No ___ |
| Defendant Dr. Hilary Jones | Yes ___ | No ___ |

If you answer Question 2 "No" as to all defendants you have found to be negligent, the plaintiffs cannot recover and you should not answer any further questions and should sign the Verdict Form on Page 3 and summon the Bailiff.

3. If you found that one or more of the defendants was negligent and that defendant's negligence was a factual cause, what percentage of causal negligence would you attribute to each:

| | |
|---|---|
| Defendant United States of America | ____% |
| Defendant Heritage Valley Beaver Hospital | ____% |
| Defendant Dr. Hilary Jones | ____% |

4. State the amount of damages sustained by the plaintiffs as a result of the negligence of the health-care providers.

A. Under the Wrongful Death Act, the damages recoverable by the plaintiffs are as follows:

Future Loss of Contributions                                              $_____

Past noneconomic* loss in a lump sum                          $_____
(*such as physical pain, mental anguish, discomfort, inconvenience, and distress)

Future noneconomic* loss in a lump sum                      $_____
(*such as physical pain, mental anguish, discomfort, inconvenience, and distress)

B. Under the Survival Act, the damages recoverable by the plaintiffs are as follows:

Future loss of earnings in a lump sum                            $_____

Please sign Verdict Form below and summon the Bailiff.

Signed: x _Donald M. Prochl_
　　　　　　Jury Foreperson

x _Jodi Lynn Douglass_

x _Sandra E. Kotvas_

x _Deborah C. Long_

x _Alice [illegible]_

x _[illegible]_

x _Michele Pal[illegible]_

x _Kathleen Yanosick_